```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
JUAN ORTEGA ET AL.,

                Plaintiffs,      22-cv-2238 (JGK)

    - against -                ORDER

GUARDLAB, INC.,

                Defendant.
---

**JOHN G. KOELTL, District Judge:**

    The plaintiff filed an Amended Complaint on May 13, 2022. Pursuant to the Court's Order dated April 22, 2022, the time to respond to the Amended Complaint was June 3, 2022.

    The time to respond to the complaint is extended to **July 5, 2022**. Failure to respond to the complaint by this date could result in default judgment being entered against the defendant.

SO ORDERED.
Dated:   New York, New York
        June 13, 2022

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                 United States District Judge